**STATE OF LOUISIANA**      *      **NO. 2019-KA-0609**

**VERSUS**      *      **COURT OF APPEAL**

**ERNEST C. THIBODEAUX, JR.**      *      **FOURTH CIRCUIT**

     *      **STATE OF LOUISIANA**

     *

     *

* * * * * * *


**LOBRANO, J., CONCURS IN THE RESULT.**